| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Acting Federal Defender |
| 2 | MARK A. LIZARRAGA, CA Bar #186240<br>Assistant Federal Defender |
| 3 | MARK A. LIZARRAGA, CA Bar #186240<br>Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330<br>Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | Attorney for Defendant<br>JORGE CERVANTES-PUGA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0500 AWI |
| | ) | |
| *Plaintiff*, | ) | STIPULATION TO VACATE MOTIONS |
| | ) | CALENDAR/HEARING TO BE RESET BY |
| v. | ) | COURT; SET STATUS CONFERENCE ; AND |
| | ) | ORDER THEREON |
| JORGE CERVANTES-PUGA, | ) | |
| | ) | Date:  February 27, 2006 |
| *Defendant*. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon.  Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions calendar be vacated; that the hearing on the motions set for February 13, 2006 be vacated; and that a Status Conference be set for **February 27, 2006 at  9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: February 8, 2006            MCGREGOR W. SCOTT
                                   United States Attorney


                                   By /s/ Marianne A. Pansa
                                      MARIANNE A. PANSA
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


DATED: February 8, 2006            DANIEL J. BRODERICK
                                   Acting Federal Public Defender


                                   By /s/ Mark A. Lizárraga
                                      MARK A. LIZÁRRAGA
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      VINA MARIE BASILE


**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   February 10, 2006**            /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Motions Calendar/Hearing
to be Reset by Court; Set Status Conference